SONAL MEHTA (SBN: 222086)
Sonal.Mehta@wilmerhale.com
JOSEPH TAYLOR GOOCH (SBN: 294282)
Taylor.Gooch@wilmerhale.com
JOSHUA D. FURMAN (SBN: 312641)
Josh.Furman@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: +1 650 858-6000
Facsimile: +1 650 858-6100

*Attorneys for Defendant*
IONpath, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation; and FLUIDIGM CANADA INC., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IONPATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-cv-05639WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE INITIAL CASE MANAGEMENT CONFERENCE** |

- 2 -

Pursuant to Civil Local Rule 6-1, Defendant Ionpath, Inc. ("Defendant") and Plaintiffs Fluidigm Corporation, a Delaware corporation; and Fluidigm Canada Inc., a foreign corporation ("Fluidigm" or "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs served its Complaint (Dkt. 1) on September 6, 2019;

WHEREAS, Plaintiffs served its First Amended Complaint (Dkt. 13) on October 11, 2019;

WHEREAS, the Court has set the Initial Case Management conference on December 5, 2019 (Dkt. 12);

WHEREAS, Defendant's lead counsel Sonal Mehta has a previously scheduled medical procedure on December 5, 2019 (the current date of the Initial Case Management Conference), and moving the date will allow Ms. Mehta to attend the Conference;

WHEREAS, subject to the Court's approval, Defendant has requested, and Fluidigm has consented to move the Initial Case Management Conference to December 12, 2019;

WHEREAS, it was stipulated and agreed to enlarge the time for Defendant to respond one time previously, from October 25, 2019 to November 18, 2019 (Dkt. 15);

WHEREAS, moving the date of the Initial Case Management Conference will not alter the date of any other event or deadline already fixed by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by Fluidigm and Ipath, pursuant Civil Local Rule 6-1, to move the Initial Case Management Conference to December 12, 2019.  Parties shall file a Case Management Statement by December 5, 2019.

Dated: November 8, 2019

| | |
|---|---|
| By: */s/ K. Lee Marshall* | By: */s/ Sonal N. Mehta* |
| K. Lee Marshall (SBN 277092)<br>Abigail Cotton (SBN 306121)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4078<br>Telephone: (415) 675-3444<br>klmarshall@bclplaw.com<br>abby.cotton@bclplaw.com<br><br>David A. Roodman (application for pro hac vice to be submitted)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square, 36th Floor<br>St. Louis, MO 63102<br>Telephone: (314) 259-2000<br>daroodman@bclplaw.com<br><br>*Attorneys for Plaintiffs*<br>*Fluidigm Corporation and Fluidigm Canada Inc.* | SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>JOSEPH TAYLOR GOOCH (SBN: 294282)<br>JOSHUA D. FURMAN (SBN: 312641)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858 6000<br>Fax: (650) 858 6100<br><br>*Attorneys for Defendants IONpath, Inc.* |

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO INITIAL COMPLAINT AND MOVE INITIAL CASE MANAGEMENT CONFERENCE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

                                                    _____
                                                    Honorable William Alsup
                                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO INITIAL COMPLAINT AND MOVE INITIAL CASE MANAGEMENT CONFERENCE

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: November 8, 2019                               By:    */s/ Sonal N. Mehta*
                                                                          Sonal N. Mehta

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  November 8, 2019                             By:    */s/ Sonal N. Mehta*
                                                                          Sonal N. Mehta