IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation, and FLUIDIGM CANADA, INC., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IONPATH INC., a Delaware corporation,<br><br>Defendant. | No. C 19-05639 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** a continuance of the case management conference to **JANUARY 23, 2020, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

*Please note that there will be no further continuances whatsoever.*

**IT IS SO ORDERED.**

Dated: November 22, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE