**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLUIDIGM CORPORATION, A DELAWARE CORPORATION; AND FLUIDIGM CANADA INC., A FOREIGN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IONPATH, INC., A DELAWARE CORPORATION,<br><br>        Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**[PROPOSED] ORDER GRANTING IONPATH, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1   Before the Court is Defendant IONpath, Inc.'s Partial Motion to Dismiss Plaintiffs' First
2   Amended Complaint.  Having considered the matter, the Court hereby **GRANTS** the motion.
3   Therefore, IT IS HEREBY ORDERED that Counts One, Three, Four, Six, Seven, Nine,
4   and Ten of Plaintiffs' First Amended Complaint are dismissed.
5   Further, IT IS HEREBY ORDERED that Plaintiff Fluidigm's prayer for relief of
6   enhanced damages pursuant 35 U.S.C. § 284 is denied.

9   **IT IS SO ORDERED.**

12  Dated: _____

Hon. William Alsup
United States District Judge