K. Lee Marshall (SBN 277092)
Abigail Cotton (SBN 306121)
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4078
Telephone: (415) 675-3444
klmarshall@bclplaw.com
abby.cotton@bclplaw.com

David A. Roodman (appearance *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 36th Floor
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com

Daniel P. Crane (appearance *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone: (602) 364-7000
dan.crane@bclplaw.com

Attorneys for Plaintiffs
*Fluidigm Corporation and Fluidigm Canada Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation; and FLUIDIGM CANADA INC., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IONPATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**[PROPOSED] ORDER GRANTING FLUIDIGM CORPORATION AND FLUIDIGM CANADA, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: March 19, 2020<br>Time: 8:00 AM<br>Courtroom: 12<br>Judge: Hon. William Alsup |

Before the Court is Plaintiffs Fluidigm Corporation and Fluidigm Canada Inc.'s Motion for Leave to File Second Amended Complaint.

Having read and considered the papers filed in support of and opposition to the Motion, and the arguments of counsel, and good cause appearing therefor, the Court hereby GRANTS Plaintiffs' Motion for Leave to File Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  The Honorable William Alsup
                                  United States District Court Judge