1  K. Lee Marshall (SBN 277092)
   Abigail Cotton (SBN 306121)
2  BRYAN CAVE LEIGHTON PAISNER LLP
   Three Embarcadero Center, 7th Floor
3  San Francisco, CA 94111-4078
   Telephone: (415) 675-3444
4  klmarshall@bclplaw.com
   abby.cotton@bclplaw.com
5
   David A. Roodman (appearance *pro hac vice*)
6  BRYAN CAVE LEIGHTON PAISNER LLP
   One Metropolitan Square, 36th Floor
7  St. Louis, MO 63102
   Telephone: (314) 259-2000
8  daroodman@bclplaw.com

9  Daniel P. Crane (appearance *pro hac vice*)
   BRYAN CAVE LEIGHTON PAISNER LLP
10 Two North Central Avenue, Suite 2100
   Phoenix, AZ 85004
11 Telephone: (602) 364-7000
   dan.crane@bclplaw.com
12

13 Attorneys for Plaintiffs
   *Fluidigm Corporation and Fluidigm Canada Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, a Delaware corporation; and FLUIDIGM CANADA INC., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IONPATH, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-cv-05639<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES** |

601674055.6

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES

1  Pursuant to Civil Local Rule 6-1(b), Plaintiffs, Fluidigm Corporation and Fluidigm
2  Canada Inc. (collectively, "Fluidigm"), and Defendant IONpath, Inc. ("IONpath") by and through
3  their respective counsel, hereby stipulate as follows:
4  WHEREAS, the Court held the Initial Case Management Conference on January 23, 2020
5  (Dkt. 43);
6  WHEREAS, Fluidigm served Infringement Contentions on February 6, 2020 as required
7  by Patent L.R. 3-1;
8  WHEREAS, Fluidigm filed its Motion for Leave to File Second Amended Complaint on
9  February 13, 2020 as permitted by the Court (*see* Dkt. 46);
10 WHEREAS, IONpath sent a letter to Fluidigm's counsel on February 11, 2020 identifying
11 a number of respects in which IONpath believes Fluidigm's infringement contentions fail to
12 comply with Patent L.R. 3-1;
13 WHEREAS, the parties met and conferred on February 18, 2020 to discuss IONpath's
14 view that Fluidigm's Infringement Contentions do not comply with Patent L.R. 3-1;
15 WHEREAS, while Fluidigm disagrees with IONpath's contentions, Fluidigm has agreed
16 to supplement its Infringement Contentions by February 24, 2020;[1]
17 WHEREAS, IONpath seeks to extend the deadline to serve its invalidity contentions by 9
18 days (from March 23 to April 1, 2020) in view of Fluidigm's supplemental Infringement
19 Contentions, to which Fluidigm does not object;
20 WHEREAS, Fluidigm seeks to extend the deadline for the parties to each select a
21 "showdown" claim (and for the Court to hold the CMC relating to the "showdown" claims) until
22 a date after service of IONpath's invalidity contentions (which Fluidigm asserts would put
23 Fluidigm on an equal-footing by knowing IONpath's contentions prior to selecting a claim for the
24 "showdown"), to which IONpath does not object if the Court approves the requested extension

---

[1] The parties have agreed to Fluidigm supplementing its Infringement Contentions on February 24, 2020 with the understanding that Fluidigm's supplementation requires Court approval pursuant to Patent L.R. 3-6.

and if the CMC is rescheduled to April 16, 2020;[2]

WHEREAS, the parties therefor agree and stipulate, subject to the Court's approval that:

(1) Fluidigm be granted leave to supplement/amend its Infringement Contentions on February 24, 2020;

(2) IONpath's deadline to comply with Patent L.R. 3-3 and 3-4, be extended until April 1, 2020;

(3) the Claim selection deadline under the Court's "showdown" procedure pursuant to Case Management Order Number 1 (Dkt. 45 at ¶ 1) be extended to April 8, 2020;

(4) the Court vacate and reset the Case Management Conference currently set for March 19 at 11:00 a.m. to April 16, 2020 at 11:00 a.m., with the parties' Case Management Statement due seven days prior thereto;

WHEREAS, the parties are sensitive to the Court's schedule set forth in Case Management Order Number 1 and respectfully seek the modest extensions to the above referenced deadlines in order to allow for a full, fair, and prompt disclosure of the parties' information and contentions as the parties prepare for early summary judgment motions on the selected claims as part of the "showdown" procedure;

**IT IS HEREBY STIPULATED AND AGREED** by Fluidigm and IONpath, pursuant to Civil Local Rule 6-1, to extend certain deadlines as follows:

1. Fluidigm shall serve its Amended Infringement Contentions on February 24, 2020;
2. IONpath shall serve its Patent Local Rule 3-3 and 3-4 disclosures by April 1, 2020;
3. The deadline for the parties to select and exchange one asserted claim for the "showdown" shall be extended from March 5, 2020 to April 8, 2020;
4. The further case management conference set for March 19, 2020 shall be vacated and a further case management conference shall be held on April 16, 2020 at 11:00 A.M., during which the parties shall present their selected claim. By April 9, 2020 at Noon, the parties shall file the joint case management statement according to

---

[2] IONpath's counsel has requested that the CMC be rescheduled to no later than April 16, 2020 because IONpath's lead counsel begins trial before the Hon. Colm Connolly in the District of Delaware on April 20, 2020.

Civil L.R. 16-10(d).

Dated: February 24, 2020

| By: */s/Daniel P. Crane* | By: */s/Joshua D. Furman* |
|---|---|
| K. Lee Marshall (SBN 277092)<br>Abigail Cotton (SBN 306121)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4078<br>Telephone: (415) 675-3444<br>klmarshall@bclplaw.com<br>abby.cotton@bclplaw.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:   (650) 858-6000<br>Facsimile:    (650) 858-6100 |
| David A. Roodman (appearance *pro hac vice*)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square, 36th Floor<br>St. Louis, MO 63102<br>Telephone: (314) 259-2000<br>daroodman@bclplaw.com | OMAR A. KHAN (*pro hac vice*)<br>Omar.Khan@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone:   (212) 230-8800<br>Facsimile:    (212) 230 8888 |
| Daniel P. Crane (appearance *pro hac vice*)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ  85004<br>Telephone: (602) 364-7000<br>dan.crane@bclplaw.com | JOSEPH TAYLOR GOOCH (SBN 294282)<br>Taylor.Gooch@wilmerhale.com<br>JOSHUA D. FURMAN (SBN 312641)<br>Josh.Furman@wilmerhale.com<br>One Front Street, Suite 3500<br>San Francisco, California 94111<br>Telephone:   (628) 235-1000<br>Facsimile:    (628) 235-1001 |
| *Attorneys for Plaintiffs*<br>*Fluidigm Corporation and Fluidigm Canada Inc.* | *Attorneys for Defendants IONpath, Inc.* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:_____

_____
Honorable William Alsup
United States District Judge

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 24, 2020    By:    */s/Daniel P. Crane*
                                   Daniel P. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  February 24, 2020    By:    */s/Daniel P. Crane*
                                    Daniel P. Crane