Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.

                Plaintiff(s),

v.

IONPATH, INC.,

                Defendant(s).

Case No: 3:19-cv-05639

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Nick E. Williamson, an active member in good standing of the bar of Supreme Court of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fluidigm Corporation & Fluidigm Canada in the above-entitled action. My local co-counsel in this case is K. Lee Marshall, SBN 227092, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Metropolitan Square, 36th Floor, St. Louis MO 63102 | 3 Embarcadero Ctr., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 259-2000 | (415) 675-3444 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nick.williamson@bclplaw.com | klmarshall@bclplaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56925.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/25/20

Nick E. Williamson
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Nick E. Williamson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 25, 2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE