UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.,

    Plaintiffs,

    v.

IONPATH, INC.,

    Defendant.

No. C 19-05639 WHA

**ORDER GRANTING STIPULATED EXTENSION AND CONTINUANCE**

Recognizing the tension between the patent showdown schedule (Dkt. No. 45) and the Patent Local Rule contention disclosure schedule, the parties' stipulation to extend some deadlines and continue the case management conference is **GRANTED**. Defendant shall serve its invalidity contentions by **APRIL 1**. The parties shall each select and exchange one claim for the showdown by **APRIL 8 AT NOON**. The case management conference is reset for **APRIL 16 AT 11:00 A.M.** and the parties' joint statement is due **APRIL 9 AT NOON**.

The Court, however, is troubled that the parties waited until 9:44 p.m. on February 24 to request leave for plaintiff to serve supplemented infringement contentions *on February 24*. This request should have been filed several days previously. Little can be done to turn back the clock, so this order retroactively blesses the amendment because the party who would be most prejudiced by it, defendant, has agreed. Patent owner is warned, however, that future amendment will be governed strictly by Patent Local Rule 3-6's good cause standard. Having enjoyed one free amendment already, further leave will not be lightly granted.

**IT IS SO ORDERED.**

Dated: February 26, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE