United States District Court
Northern District of California

1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7

8                           NORTHERN DISTRICT OF CALIFORNIA

9

10    FLUIDIGM CORPORATION, et al.,

11           Plaintiffs,                          No.  C 19-05639 WHA

12           v.

13    IONPATH, INC.,                              **ORDER RE CIVIL LAW & MOTION
                                                  HEARINGS DUE TO PUBLIC
14           Defendant.                           HEALTH CONCERN**

15

16          In light of the public health concern caused by COVID-19 (coronavirus), Judge Alsup

17    has vacated all in-court civil hearings through April 17.  For the time being, any pending

18    motions will be submitted on the papers.  March 19 hearings are **VACATED**.  Should the Court

19    determine that oral argument will aid resolution of a pending matter, by **MARCH 17 AT 5:00

20    P.M.**, it will issue a notice resetting a telephonic hearing for the same date and time as that

21    previously scheduled.

22          **IT IS SO ORDERED.**

23

24    Dated:  March 16, 2020.

25

26

27                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
28