WILMER CUTLER PICKERING
    HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100

OMAR A. KHAN (*pro hac vice*)
Omar.Khan@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

JOSEPH TAYLOR GOOCH (SBN 294282)
Taylor.Gooch@wilmerhale.com
JOSHUA D. FURMAN (SBN 312641)
Josh.Furman@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:    (628) 235-1000
Facsimile:    (628) 235-1001

*Attorneys for Defendant*
IONpath, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FLUIDIGM CORPORATION, A DELAWARE CORPORATION; AND FLUIDIGM CANADA INC., A FOREIGN CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>IONPATH, INC., A DELAWARE CORPORATION,<br><br>            Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**DEFENDANT IONPATH, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant IONpath, Inc. ("IONpath") respectfully submits this administrative motion to file under seal the documents identified below.

## II. LEGAL STANDARD

While the Ninth Circuit has recognized that "the strong presumption of access to judicial records applies fully to dispositive pleadings, including motions for summary judgment and related attachments," *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), where a party "seeks to file under seal documents connected with a motion for relief from a nondispositive order regarding discovery, the Court will apply the 'good cause' standard." *Virtue Glob. Holdings Ltd. v. Rearden LLC*, No. 15-cv-00797-JST, 2016 WL 11187257, at *1 (N.D. Cal. May 19, 2016).

## III. THE DOCUMENT SOUGHT TO BE SEALED

IONpath seeks to file these documents under seal because they have been designated as "CONFIDENTIAL" by the opposing party pursuant to the protective order (Dkt. No. 69). IONpath understands that Fluidigm may maintain a claim of confidentiality over information contained in these documents. IONpath expects that Fluidigm may file a declaration in accordance with Civ. L.R. 79-5 as necessary in order to confirm whether this information should be sealed.

Accompanying this motion is the Declaration of Joshua Furman in Support of IONpath's Administrative Motion to File Under Seal and a Proposed Order. The complete, unredacted version of these documents have been lodged with the Court for in camera review and served upon the plaintiff.

The reasons for IONpath's request to seal these documents, based upon personal knowledge, are set forth in the Declaration of Joshua Furman, submitted herewith

| DOCUMENT | PORTIONS TO BE SEALED |
|---|---|
| Discovery Letter | Highlighted portion on p. 1 |
| Exhibit A – Excerpt of Fluidigm's Infringement Contentions | In its entirety |
| Exhibit B – Excerpt of Fluidigm's Damages Contentions | In its entirety |
| Exhibit C – Excerpt of Fluidigm's Supplemental Response to IONpath's Interrogatories 6 & 7 | In its entirety |

| Exhibit F – Excerpt of Fluidigm's Response to IONpath's Interrogatory 8 | In its entirety |
|---|---|

Dated: June 11, 2020

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  */s/ Joshua D. Furman*
      SONAL N. MEHTA
      OMAR A. KHAN
      JOSEPH TAYLOR GOOCH
      JOSHUA D. FURMAN

*Attorneys for Defendant IONpath, Inc.*