UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.,

    Plaintiffs,

  v.

IONPATH, INC.,

    Defendant.

No. C 19-05639 WHA

**ORDER SETTING DISCOVERY HEARING**

Plaintiffs' response to defendant's discovery letter (Dkt. No. 88) is due **JUNE 16 AT NOON**. A telephonic discovery hearing is set for **JUNE 18 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 12, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE