K. Lee Marshall (SBN 277092)
Abigail Cotton (SBN 306121)
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4078
Telephone:  (415) 675-3444
klmarshall@bclplaw.com
abby.cotton@bclplaw.com

David A. Roodman (appearance *pro hac vice*)
Nick E. Williamson (appearance *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 36th Floor
St. Louis, MO  63102
Telephone:  (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

Attorneys for Plaintiffs
*Fluidigm Corporation and Fluidigm Canada Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUIDIGM CORPORATION, A DELAWARE CORPORATION; AND FLUIDIGM CANADA INC., A FOREIGN CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IONPATH, INC., A DELAWARE CORPORATION,<br><br>　　　　Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1

1  Pursuant to Civil L.R. 7-11(b), Fluidigm Corporation and Fluidigm Canada Inc.
2  ("Fluidigm"), by and through their attorneys, hereby respectfully submit this Response to
3  Defendant IONpath Inc.'s ("IONpath") Administrative Motion to File Under Seal (ECF 87).
4  Fluidigm states that it does not object to IONpath filing its June 11, 2020 Discovery
5  Letter, and Exhibits A, B, C and F thereto, in the public record. Fluidigm maintains, and does
6  not waive, its Agreed Protective Order designations of other information in its Amended
7  Infringement Contentions, Damages Contentions, and discovery responses (from which the
8  subject information in the June 11, 2020 Discovery Letter and Exhibits A, B, C and F thereto
9  was excerpted by IONpath).
10 Fluidigm is willing to confer with IONpath in advance of any future filings, as
11 appropriate, to potentially avoid administrative motion practice where there is no objection to the
12 public filing of excerpts of documents designated under the Agreed Protective Order.

Dated: June 15, 2020                    BRYAN CAVE LEIGHTON PAISNER LLP

                                        By:  /s/ K. Lee Marshall
                                             K. Lee Marshall
                                             Abigail Cotton
                                             David A. Roodman
                                             Nick E. Williamson

                                             *Attorneys for Plaintiffs Fluidigm*
                                             *Corporation and Fluidigm Canada Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: June 15, 2020             /s/ *K. Lee Marshall*