K. Lee Marshall (SBN 277092)
Abigail Cotton (SBN 306121)
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4078
Telephone: (415) 675-3444
klmarshall@bclplaw.com
abby.cotton@bclplaw.com

David A. Roodman (appearance *pro hac vice*)
Nick E. Williamson (appearance *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square, 36th Floor
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

Attorneys for Plaintiffs
*Fluidigm Corporation and Fluidigm Canada Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLUIDIGM CORPORATION, A DELAWARE CORPORATION; AND FLUIDIGM CANADA INC., A FOREIGN CORPORATION,<br><br>                    Plaintiffs,<br><br>         v.<br><br>IONPATH, INC., A DELAWARE CORPORATION,<br><br>                    Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**PLAINTIFFS' STATEMENT OF NONOPPOSITION IN RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

1

Pursuant to Civil L.R. 7-3(b), Fluidigm Corporation and Fluidigm Canada Inc. ("Fluidigm"), by and through their attorneys, hereby respectfully submit this Statement of Nonopposition in Response to Defendant IONpath Inc.'s ("IONpath") Motion for Leave to Amend Invalidity Contentions (ECF 92).

Pursuant to the parties' Stipulation concurrently filed herewith, IONpath has agreed to, *inter alia*: (a) by July 10, 2020, limit its invalidity contentions for the showdown claims to no more than ten (10) prior art references and no more than ten (10) prior art grounds; (b) no later than fourteen (14) days after the Court rules on the parties' cross motions for summary judgment on the showdown claims, further narrow its invalidity contentions for the showdown claims from those identified on July 10, 2020 to no more than eight (8) prior art references and no more than six (6) prior art grounds; and (c) to meet and confer with Fluidigm to discuss limiting IONpath's invalidity contention references and prior art grounds for the non-showdown claims shortly after the showdown process comes to a close. In return, and pursuant to that same Stipulation, Fluidigm has agreed to not oppose IONpath's Motion.

This Statement of Nonopposition does not waive Fluidigm's right to object to and challenge any future attempts by IONpath to amend, supplement, modify, or otherwise go beyond the permissible scope of its Invalidity Contentions (or, should the Court grant IONpath's Motion, its Amended Invalidity Contentions).

Dated: June 26, 2020                         BRYAN CAVE LEIGHTON PAISNER LLP


By:   */s/ Nick E. Williamson*
       K. Lee Marshall
       Abigail Cotton
       David A. Roodman
       Nick E. Williamson

       *Attorneys for Plaintiffs Fluidigm Corporation and Fluidigm Canada Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, the above document was filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: June 26, 2020                    /s/  *Nick E. Williamson*