WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone:   (650) 858-6000
Facsimile:   (650) 858-6100

OMAR A. KHAN (*pro hac vice*)
Omar.Khan@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:   (212) 230-8800
Facsimile:   (212) 230 8888

JOSEPH TAYLOR GOOCH (SBN 294282)
Taylor.Gooch@wilmerhale.com
JOSHUA D. FURMAN (SBN 312641)
Josh.Furman@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:   (628) 235-1000
Facsimile:   (628) 235-1001

*Attorneys for Defendant*
IONpath, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLUIDIGM CORPORATION, A DELAWARE CORPORATION; AND FLUIDIGM CANADA INC., A FOREIGN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IONPATH, INC., A DELAWARE CORPORATION,<br><br>Defendant. | Case No. 3:19-cv-05639-WHA<br><br>**PUBLIC FILING OF IONPATH'S DISCOVERY LETTER BRIEF REGARDING INTERROGATORY RESPONSES (ECF NO. 88) AND EXHIBITS A, B, C, AND F** |

Case No. 3:19-cv-05639-WHA

PUBLIC FILING OF IONPATH'S DISCOVERY LETTER BRIEF REGARDING INTERROGATORY RESPONSES (ECF NO. 88) AND EXHIBITS A, B, C, AND F

Pursuant to Civil Local Rule 79-5(f)(2) and the Court's Order [ECF No. 102] denying IONpath's Administrative Motion to File Under Seal [ECF No. 87], IONpath submits for public filing an unredacted version of IONpath's Discovery Letter Brief regarding interrogatory responses [ECF No. 88], and its corresponding Exhibits A, B, C and F, which were previously submitted for under seal submission.

Dated: June 26, 2020

WILMER CUTLER PICKERING, HALE AND DORR LLP

By:   /s/ Joshua D. Furman
SONAL N. MEHTA
OMAR A. KHAN
JOSEPH TAYLOR GOOCH
JOSHUA D. FURMAN

*Attorneys for Defendant IONpath, Inc.*

- 1 -

Case No. 3:19-cv-05639-WHA

PUBLIC FILING OF IONPATH'S DISCOVERY LETTER BRIEF REGARDING INTERROGATORY RESPONSES (ECF NO. 88) AND EXHIBITS A, B, C, AND F

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2020, a true and correct copy of the above and foregoing Document has been served by electronic mail upon all counsel of record.

Dated: June 26, 2020            By:  /s/ Joshua D. Furman