**REFILED PURSUANT TO COURT ORDER (DKT. 102)**

# EXHIBIT A

CONFIDENTIAL

**REFILED PURSUANT TO COURT ORDER (DKT. 102)**

Fluidigm's investigation is currently ongoing, and Fluidigm does not currently have access to certain documents that may establish a date of conception and diligent reduction to practice of the invention defined in the Asserted Claims of the '698 Patent earlier than February 17, 2004. Accordingly, Fluidigm reserves the right to supplement or amend its contentions regarding the priority date of the '698 Patent when and if such documents showing earlier conception and/or reduction to practice become available, as any further details become available through discovery, and/or as a result of Fluidigm's ongoing investigations.

**G.     Patent L.R. 3-1(g) Products That Practice the Invention**

Fluidigm's proprietary CyTOF®, Helios™, and Hyperion™ mass cytometry technologies and Maxpar® reagents practice the claimed inventions. Fluidigm provides the table below, which identifies, separately for each proprietary technology, Fluidigm's proprietary technology that is covered by the Asserted Claims.

| Fluidigm's Proprietary Technology | Claims practiced by the technology |
|---|---|
| CyTOF® | '386 Patent: Claims 6, 9, 10, 18, 19<br>'104 Patent: Claims 2, 14<br>'698 Patent: Claims 5, 6 |
| Helios™ | '386 Patent: Claims 6, 9, 10, 18, 19<br>'104 Patent: Claims 2, 14<br>'698 Patent: Claims 5, 6 |
| Hyperion™ | '386 Patent: Claims 6, 9, 10, 18, 19<br>'104 Patent: Claims 2, 14<br>'698 Patent: Claims 5, 6 |
| Maxpar® Reagents | '386 Patent: Claims 6, 9, 10, 18, 19<br>'104 Patent: Claims 2, 14<br>'698 Patent: Claims 5, 6 |

CONFIDENTIAL

**REFILED PURSUANT TO COURT ORDER (DKT. 102)**

1  Fluidigm's investigation is ongoing, and Fluidigm reserves the right to supplement or amend its identification and disclosure of products or other instrumentalities, if any, pursuant to P.R. 3-1(g).

### H. Patent L.R. 3-1(h) Timing of Infringement, Damages Period

IONpath's infringement of the Asserted Patents commenced on the date the earliest Asserted Patent issued, on September 11, 2018, when, on information and belief, IONpath was contacting Fluidigm's customers for the express purpose of convincing Fluidigm's customers to use Fluidigm's proprietary Maxpar® antibodies and related reagents with IONpath's infringing systems. Based on Fluidigm's current knowledge, understanding, and belief as to the facts and information available to it as of the date of these Contentions, the timing of IONpath's first infringement and the start of damages occurred on or around the date that IONpath's MIBIscope and reagents were first manufactured, sold, offered for sale, or used, and the end of claimed damages is no earlier than the expiration date of the Asserted Patents, *i.e.*, March 24, 2025 for the '386 and '698 Patents, and May 28, 2027 for the '104 Patent.

Fluidigm reserves the right to supplement or amend these contentions regarding the timing of infringement and damages, including, without limitation, as further discovery is taken, and additional details are provided and collected regarding IONpath's products and activities.

### I. Patent L.R. 3-1(i) Willful Infringement

Fluidigm contends that IONpath's actions constitute willful infringement of the Asserted Claims, entitling Fluidigm to the recovery of increased damages under 35 U.S.C. § 284, as well as reasonable attorneys' fees and costs.

Fluidigm served IONpath with the Original and First Amended Complaints on September 23, 2019 and October 11, 2019, respectively, specifically alleging infringement by IONpath of the Asserted Patents by the MIBI System including IONpath's MIBIscope and MIBItags (or the MIBIscope in combination with other reagents such as Fluidigm's own Maxpar reagents). Despite these filings and IONpath's notice and knowledge of its infringement, IONpath intentionally and