UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.,

    Plaintiffs,

v.

IONPATH, INC.,

    Defendant.

No. C 19-05639 WHA

**ORDER CONTINUING PATENT SHOWDOWN**

Given compelling cause for delay, the patent showdown is **CONTINUED**:

1. Opening briefs are due **OCTOBER 1 AT NOON**.

2. Opposition briefs are due **OCTOBER 15 AT NOON**.

3. Reply briefs are due **OCTOBER 22 AT NOON**.

4. A telephonic hearing is set for **NOVEMBER 19 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 24, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE