1   K. Lee Marshall (SBN 277092)
    Abigail Cotton (SBN 306121)
2   BRYAN CAVE LEIGHTON PAISNER LLP
    Three Embarcadero Center, 7th Floor
3   San Francisco, CA  94111-4078
    Telephone: (415) 675-3444
4   klmarshall@bclplaw.com
    abby.cotton@bclplaw.com
5
    David A. Roodman (appearance *pro hac vice*)
6   Nick E. Williamson (appearance *pro hac vice*)
    BRYAN CAVE LEIGHTON PAISNER LLP
7   One Metropolitan Square, 36th Floor
    St. Louis, MO  63102
8   Telephone: (314) 259-2000
    daroodman@bclplaw.com
9   nick.williamson@bclplaw.com

10  Attorneys for Plaintiffs
    *Fluidigm Corporation and Fluidigm Canada Inc*.
11

12                          UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16

17  FLUIDIGM CORPORATION, a Delaware          Case No. 3:19-cv-05639-WHA
    corporation; and FLUIDIGM CANADA INC.,
    a foreign corporation,                    **FLUIDIGM CORPORATION AND**
18                                            **FLUIDIGM CANADA, INC.'S MOTION**
                    Plaintiffs,               **TO AMEND BRIEFING SCHEDULE ON**
19                                            **THEIR MOTION TO MODIFY**
            v.                                **SCHEDULING ORDER AND FOR**
20                                            **LEAVE TO FILE THIRD AMENDED**
    IONPATH, INC., a Delaware corporation,    **COMPLAINT**
21
                    Defendant.
22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA  94111-4070

1       Pursuant to Civil Local Rule 6-3, Plaintiffs Fluidigm Corporation and Fluidigm Canada

2   Inc. (collectively "Fluidigm") respectfully submit this Motion to Amend Briefing Schedule (the

3   "Motion") as to Fluidigm's Motion to Modify Scheduling Order and for Leave to File Third

4   Amended Complaint (the "Underlying Motion").  This Motion is supported by the Declaration of

5   K. Lee Marshall, attached hereto.

6       As detailed more fully in Plaintiffs' Underlying Motion, Fluidigm seeks to amend its

7   pleading to include breach of contract, unfair competition, and false advertising claims.  Such

8   amendment is necessary due to the discovery of material, new evidence first discovered by

9   Fluidigm during its August 28, 2020 deposition of IONpath, Inc.'s ("IONpath") employee Dr.

10  Jason Ptacek.

11      That evidence establishes, *inter alia*, that IONpath breached the terms and conditions it

12  agreed to as part of a contract with Fluidigm for reagents and antibodies it later used to provide

13  services to third parties.  The evidence also establishes that IONpath made material

14  misrepresentations about its own, and Fluidigm's, products.

15      After discovering the new evidence, Fluidigm moved promptly to seek leave to amend its

16  complaint.  IONpath opposes that proposed amendment.

17      Given upcoming deadlines related to the patent showdown process and discovery

18  generally, good cause supports Fluidigm's requested amended briefing schedule in order to

19  prevent avoidable harm and complications if the Underlying Motion is not resolved promptly.

20      As discussed in the supporting Declaration of K. Lee Marshall, under the current

21  scheduling orders (DEs 72 & 128), the parties' opening showdown summary judgment briefs are

22  due October 29, 2020 and non-expert discovery closes January 29, 2021.  Although the

23  showdown process is limited to certain issues, discovery continues to progress as to all claims

24  during the showdown process.  If Fluidigm's Motion is not heard until October 15, 2020, and

25  even assuming that an order follows promptly, Fluidigm will be forced to decide between (i)

26  engaging in discovery, including deposing relevant witnesses such as IONpath's Dr. Finn, in the

27  intervening weeks in connection with its showdown claims – without knowing whether the

28

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

1

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

1 additional claims of its Proposed Complaint are in the case, or (ii) waiting to engage in such

2 discovery, and depose such witnesses, until after an order issues, particularly as witnesses may be

3 deposed only once.  Further, by waiting, Fluidigm risks missing out on the opportunity to include

4 potentially valuable testimony in its showdown papers while also compressing additional non-

5 showdown discovery.

6        Good cause exists to shorten time on the Motion. Fluidigm's operative complaint

7 (including the specific claims it is asserting against IONpath) establishes the metes and bounds of

8 this litigation. The Underlying Motion asks the Court to decide whether Fluidigm is permitted to

9 file a Third Amended Complaint to include claims based on newly-discovered evidence

10 previously in the sole custody and control of IONpath.  Should the Court grant the Motion, the

11 Court's ruling would give the parties guidance as to the scope of the theories that need to be

12 addressed both during current discovery and in future, post-showdown proceedings.  Whatever

13 the Court's ruling on the Underlying Motion, securing that ruling promptly will enable the parties

14 to focus their discovery efforts and showdown summary judgment papers on the theories that are

15 currently in the case.  A ruling from the Court on this threshold issue will allow the parties to be

16 better able to investigate key issues and ultimately present the Court with a focused, well-

17 developed record on which to resolve those issues.

18        Therefore, Fluidigm seeks the following expedited briefing schedule:

19    • Fluidigm Motion: September 8, 2020

20    • IONpath Opposition: September 16, 2020 at 11:59 pm PDT

21    • Fluidigm Reply: September 21, 2020 at 11:59 pm PDT

22    • Hearing: At the Court's convenience

23        Expediting the briefing schedule as described will not alter the date of any other event or

24 deadline already fixed by Court Order.

25        Fluidigm respectfully requests the Court grant its proposed briefing schedule for its

26 Motion to Modify Scheduling Order and for Leave to File Third Amended Complaint.

27

28

2

FLUIDIGM CORPORATION AND FLUIDIGM CANADA, INC.'S MOTION TO AMEND
BRIEFING SCHEDULE ON THEIR MOTION TO MODIFY SCHEDULING ORDER AND
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Dated: September 8, 2020

Nick Williamson
BRYAN CAVE LEIGHTON PAISNER LLP


By:   /s/ *Nick Williamson*
      Nick Williamson

      *Attorneys for Fluidigm Corporation*
      *and Fluidigm Canada Inc.*

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

3