UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.,

    Plaintiffs,

  v.

IONPATH, INC.,

    Defendant.

No. C 19-05639 WHA

**ORDER RE DISCOVERY LETTER**

    Third-party Stanford University shall please respond to patent owner's discovery letter by **NOVEMBER 24 AT NOON**. Counsel for patent owner shall please serve this order on counsel for the university and facilitate the filing of the response on this docket. A hearing is **SET** for **DECEMBER 2 AT 10:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 18, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE