

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center
7th Floor
San Francisco  CA 94111 4070
T: +1 415 675 3400
F: +1 415 675 3434

bclplaw.com

January 29, 2021

Kenneth Lee Marshall
Partner
Direct:  +1 415 675 3444
Fax:  +1 314 552 8135
klmarshall@bclplaw.com

Honorable William Alsup
United States District Judge
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** *Fluidigm Corporation, et al. v. IONpath, Inc.*, **Case No. 3:19-cv-05639-WHA**
**WITHDRAWAL OF LETTER FOR DISCOVERY RELIEF (DE 207)**

Dear Judge Alsup:

Pursuant to paragraph 34 of the Court's Supplemental Order regarding discovery relief, Plaintiffs Fluidigm Corporation and Fluidigm Canada, Inc. ("Fluidigm") respectfully withdraw their request for discovery relief filed on January 26, 2021 (DE 207).

The parties reached an agreement that resolved the issues described in the previous letter and Fluidigm no longer believes a hearing (currently scheduled for 11:00 am on February 2, 2021) is necessary and asks that the hearing be cancelled.

Very truly yours,


/s/ Kenneth Lee Marshall
*Counsel for Plaintiff Fluidigm*
KLM:Flu