UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLUIDIGM CORPORATION, et al.,

    Plaintiffs,

v.

IONPATH, INC.,

    Defendant.

No. C 19-05639 WHA

**ORDER VACATING DEADLINES**

Deadlines between now and the February 18 further case management conference are **VACATED**. We will reevaluate the remaining case schedule from that vantage. The February 17 hearing on defendant's motion to limit expert testimony is **VACATED**. To the extent the matter is not moot, it may be reset for hearing following the case management conference. The parties representing that the dispute has been resolved, the February 2 discovery hearing is **VACATED**. No further motions will be accepted at this time. *Both* parties shall cooperate in good faith to see us through the next seventeen days.

**IT IS SO ORDERED.**

Dated: February 1, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE